192 (2/26/25)



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 25−50041
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Jamie Cloer
    aka Jamie Cloer Kirby
315 Legion Rd
Hudson, NC 28638
Social Security No.: xxx−xx−9697

# ORDER TO APPEAR AND SHOW CAUSE

Form 106 – Individual Summary of Schedules
Declaration Concerning Schedules

The court, having reviewed the record in this Chapter 7 bankruptcy case, and it appearing that the Debtor(s) failed to file all of the required schedules, statements, and other documents as listed above within the time periods set by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the court, and/or any subsequent extensions of time as allowed by the court;

The court hereby concludes that the failure to timely file all of the documents referenced in the court's February 14, 2025 Notice of Deficiency constitutes a violation of the applicable provisions of the Bankruptcy Code, Rules of Bankruptcy Procedure, and the Local Rules of the court.

Based upon the foregoing, the court hereby **ORDERS THE DEBTORS(S) TO APPEAR** on April 4, 2025 at 11:00 AM at Bankruptcy Courtroom, First Floor, 200 West Broad Street, Statesville, NC 28677 and **SHOW CAUSE** why this case should not be dismissed and/or other sanctions should not be imposed due to the failure of the Debtor(s) to timely file the required schedules, statements, and other documents.

Dated: March 3, 2025                                           BY THE COURT

                                                                                            Laura T. Beyer
                                                                                            United States Bankruptcy Judge

Electronically filed and signed (3/3/25)