

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 25−50041
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Jamie Cloer
     aka Jamie Cloer Kirby
  315 Legion Rd
  Hudson, NC 28638
  Social Security No.: xxx−xx−9697

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Schedules and Statements filed in the above referenced case on 03/18/2025 as document(s) # 23 is defective for the reason(s) marked below:

  Case Caption required pursuant to Bankruptcy Rule 9004(b).

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 18, 2025                                Christine F. Winchester
                                                     Clerk of Court

Electronically filed and signed (3/18/25)