

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 25−50041
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
 Jamie Cloer
   aka Jamie Cloer Kirby
 315 Legion Rd
 Hudson, NC 28638
 Social Security No.: xxx−xx−9697

---

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on March 17, 2025 the Bankruptcy Administrator filed a(n) BA Motion to Dismiss Bankruptcy Case for Credit Counseling not taken within 180 days of filing the petition in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
April 4, 2025
11:00 AM
Bankruptcy Courtroom
First Floor
200 West Broad Street
Statesville, NC 28677

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
401 West Trade Street, Suite 2400
Charlotte, NC 28202
(704)350−7587

Dated: March 19, 2025

Christine F. Winchester
Clerk of Court

Electronically filed and signed (3/19/25)