

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 25−50041
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
　Jamie Cloer
　　aka Jamie Cloer Kirby
　315 Legion Rd
　Hudson, NC 28638
　Social Security No.: xxx−xx−9697

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion (Other) filed in the above referenced case on 03/31/2025 as document(s) # 42 is defective for the reason(s) marked below:

　Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 31, 2025　　　　　　　　　　　　　　　　　　Christine F. Winchester
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Electronically filed and signed (3/31/25)