# UNITED STATES BANKRUPTCY COURT
Western District of North Carolina

IN RE: JAMIE LOUISE CLOER

FILED
U.S. Bankruptcy Court
Western District of NC
APR - 7 2025
Christine F. Winchester, Clerk
Charlotte Division

Case No. 25-50041

Chapter 7 (Chapter 13 Conversion)

## MOTION TO SET HEARING ON MOTION TO CONVERT TO CHAPTER 13

Comes now Jamie Louise Cloer, appearing as the Authorized Representative and Real Party in Interest for the Estate, and respectfully requests that the Court set a hearing on the pending Motion to Convert this case from Chapter 7 to Chapter 13, filed on or about March 21, 2025.

This request is made in good faith to allow the Court to address the conversion on the record and in conjunction with the previously scheduled Order to Show Cause hearing on April 4, 2025.

WHEREFORE, Movant respectfully requests that the Court:

1. Schedule a hearing on the Motion to Convert at the Court's earliest convenience;

2. Allow the matter to be addressed on record to finalize conversion to Chapter 13;

3. Grant any further relief deemed just and proper.

**Expressed Date:** 30, March 2025

Respectfully Submitted in Good Faith,
All Rights Reserved Without Prejudice, UCC 1-308

By: *[signature]*
Cloer: Jamie-Louise
Authorized Representative and Executor
for the Legal Estate Acting in Private
Capacity for: **JAMIE LOUISE CLOER** and
**JAMIE CLOER KIRBY** (Legal Entities).

Page 1 of 1

#03302025

UNITED STATES BANKRUPTCY COURT
Western District of North Carolina

In Re:
**JAMIE LOUISE CLOER ESTATE**

Case No.: 25-50041
Chapter: 7 (Pending Conversion to Chapter 13)

### CERTIFICATE OF SERVICE

I, Cloer: Jamie-Louise, authorized representative and real party in interest, do hereby certify that I have this day served a true and correct copy of the attached **Motion for Hearing on Conversion from Chapter 7 to Chapter 13** upon all necessary parties by placing the same in the United States Mail with adequate postage prepaid addressed to the following:

**Clerk of the Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**
401 West Trade Street, Room 111
Charlotte, NC 28202

**Trustee**
John W. Taylor, P.C.
4600 Park Road, Suite 390
Charlotte, NC 28209

**Expressed Date:** 03, April 2025

Respectfully Submitted in Good Faith,
All Rights Reserved Without Prejudice, UCC 1-308

By: *[signature]*
Cloer: Jamie-Louise
Authorized Representative and Executor
for the Legal Estate Acting in Private
Capacity for: **JAMIE LOUISE CLOER** and
**JAMIE CLOER KIRBY** (Legal Entities).

Page 1 of 1

#04032025